UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| CARL TRACY SCHWAB and ASHLEIGH SCHWAB, )<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>NISSAN NORTH AMERICA, INC., et al., )<br>)<br>Defendants. ) | Case No. 1:04CV00025 RWS |

## ORDER

In accordance with my ruling on the record on March 14, 2007,

**IT IS HEREBY ORDERED** that Plaintiffs shall file their rebuttal to Garry Bahling's testimony and Dr. Kyle Mitchell's testimony no later than **April 9, 2007.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of April, 2007.